COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| IN RE: | § | No. 08-24-00315-CV |
|---|---|---|
| ROBERT JOSEPH GAUDET JR., | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Relator, Robert Joseph Gaudet Jr., has filed a petition for writ of mandamus asking this Court to set aside an order of the Honorable Jesus Rodriguez, presiding judge of County Court at Law No. 5 of El Paso County, Texas, allowing Real Party in Interest Karin Gaudet-Asmus to testify by Zoom at an upcoming hearing on an application for a Protective Order.

To be entitled to mandamus relief, a relator generally must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Co. of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that he has no adequate remedy by appeal. *Id.* at 135–36. After reviewing the mandamus record and petition, we conclude that Relator has failed to establish that he is entitled to mandamus relief. Accordingly, we deny the petition. All pending motions are denied as moot.

GINA M. PALAFOX, Justice

August 20, 2024

Before Alley, C.J., Palafox, J, and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.) (Sitting by Assignment)